Argued May 7, affirmed May 14, petition for rehearing denied by opinion July 16, petition for review denied October 9, 1973

## STATE OF OREGON, *Respondent, v.*
## JOSE NATIVIDAD (No. C-72-08-2445 Cr),
### *Appellant.*

509 P2d 548
511 P2d 880

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John H. Clough,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

**ON PETITION FOR REHEARING**

Gary D. Babcock, Public Defender, and J. Marvin Kuhn, Deputy Public Defender, Salem, for petition.

No appearance contra.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

PER CURIAM.

REHEARING DENIED; *see State v. Sanchez,* 14 Or App 234, 511 P2d 1231, Sup Ct review denied (1973).